**\*\* E-filed April 25, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURIE COUTO,<br><br>        Plaintiff,<br><br>    v.<br><br>SABIC INNOVATIVE PLASTICS<br>SALARY CONTINUANCE PLAN,<br><br>        Defendant.<br>_____/ | No. C12-00633 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

This civil case was randomly assigned to this Court for all purposes including trial. On April 13, 2012, the Clerk of the Court instructed all parties to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than April 24, 2012. Since neither party has done so, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines, including the May 1, 2012 Case Management Conference, are VACATED.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-00633 HRL Notice will be electronically mailed to:**

James Keenley        jim@boltkeenley.com
Emily Bolt           ebolt@boltkeenley.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**