**\*\* E-filed April 25, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURIE COUTO, | No. C12-00633 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE PLAN, | |
| Defendant. | |

This civil case was randomly assigned to this Court for all purposes including trial. On April 13, 2012, the Clerk of the Court instructed all parties to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than April 24, 2012. Since neither party has done so, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines, including the May 1, 2012 Case Management Conference, are VACATED.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-00633 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| James Keenley | jim@boltkeenley.com |
| Emily Bolt | ebolt@boltkeenley.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**