AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Laurie COUTO

Plaintiff(s),

V.

SABIC Innovative Plastics Salary Continuance Pla

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV12-00633

Notice is hereby given that, subject to approval by the court, __Laurie COUTO__ substitutes
(Party (s) Name)

__Jason Wolford__, State Bar No. __194177__ as counsel of record in
(Name of New Attorney)

place of __James P. Keenley and Emily A. Bolt__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Wolford Law Firm
Address: 101 Tunstead Ave
Telephone: (415) 429-5529    Facsimile (415) 524-4853
E-Mail (Optional): jason@wolfordlegal.com

I consent to the above substitution.
Date: August 21, 2012
(Signature of Party (s))

I consent to being substituted.
Date: August 15, 2012
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/27/12
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date:

*Ronald M. Whyte*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]