Eric P. Mathisen, IN State Bar No. 19475-71 (Pro Hac Vice)
eric.mathisen@ogletreedeakins.com
Christopher M. Ahearn, Cal. Bar No. 239089
chris.ahearn@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE PLAN

Jason Wolford, State Bar No. 194177
Jason@wolfordlegal.com
WOLFORD LAW FIRM
101 Tunstead Avenue
San Anselmo, CA 94960
T: 415-429-5529
F: 748524-4853

Attorney for Plaintiff
LAURIE COUTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE COUTO,<br><br>   Plaintiff,<br><br> v.<br><br>SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE PLAN,<br><br>   Defendant. | Case No. CV12-00633 /TO Y<br><br>**STIPULATION AND [] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: February 9, 2012<br>Trial Date: None Set<br>Judge: Hon. Ronald M. Whyte |

14167094_5.DOC                            Case No. CV12-00633
STIPULATION AND [] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 6, this stipulation is made by and between plaintiff Laurie Couto ("Plaintiff") and Defendant SABIC Innovative Plastics Salary Continuance Plan ("Defendant"), by and through their respective counsel of record, with respect to the following:

WHEREAS, on October 26, 2012 a case management Conference was held where in the defendant was ordered to provide the plaintiff with the administrative record and a list of witnesses and Plaintiff was ordered to provide defendant with any documentary evidence and a list of witnesses;

WHEREAS, on October 26, 2012 the court also ordered a Further Case Management Conference for January 18, 2013 at 10:30 prior to which the parties should meet and confer on a discovery plan;

WHEREAS, the parties have exchanged lists of witnesses and documentary evidence, but due to a delay with the electronic transmission of Defendant's document production to Plaintiff, plaintiff has not been able to review such production until this week;

WHEREAS, Plaintiff requires additional time to review Defendant's document production prior to stipulating to a discovery plan with Defendant;

THEREFORE THE PARTIES STIPULATE that the January 18, 2013 Further Case Management should be continued to February : , 2013 at 10:30 a.m.

IT IS SO STIPULATED

DATED: January 16, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Christopher M. Ahearn
    Eric P. Mathisen
    Christopher M. Ahearn

Attorneys for Defendant
SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE PLAN

DATED: January 16, 2013

WOLFORD LAW FIRM

By: _____
Jason Wolford

Attorneys for Plaintiff
LAURIE COUTO

1 **[] ORDER**

2 Having considered the submission of the parties and, good cause showing, the stipulation to

3 Continue Case Management Conference is hereby GRANTED.  The January 18, 2013 at 10:30

4 case management conference is continued to February : . 2013 at 10:30 am.

5

6 IT IS SO ORDERED.

7

        Ronald M. Whyte
8         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                /s/ Christopher M. Ahearn
                                                  Christopher M. Ahearn

14167094.5 (OGLETREE)