1  Eric P. Mathisen, IN State Bar No. 19475-71 (Pro Hac Vice)
   eric.mathisen@ogletreedeakins.com
2  Christopher M. Ahearn, Cal. Bar No. 239089
   chris.ahearn@ogletreedeakins.com,
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
7  Attorneys for Defendant
   SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE
   PLAN
8
9  Jason Wolford, State Bar No. 194177
   Jason@wolfordlegal.com
10 WOLFORD LAW FIRM
   101 Tunstead Avenue
11 San Anselmo, CA 94960
   T: 415-429-5529
12 F:  748524-4853

13 Attorney for Plaintiff
   LAURIE COUTO

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17
18 LAURIE COUTO,                         Case No. CV12-00633 /TO Y

19        Plaintiff,                     **STIPULATION AND [] ORDER
                                         TO CONTINUE CASE MANAGEMENT
20    v.                                 CONFERENCE**

21 SABIC INNOVATIVE PLASTICS SALARY
   CONTINUANCE PLAN,                     Complaint Filed: February 9, 2012
                                         Trial Date:      None Set
22        Defendant.                     Judge:           Hon. Ronald M. Whyte

23
24
25
26
27
28

1  Pursuant to Local Rule 6, this stipulation is made by and between plaintiff Laurie Couto
2  ("Plaintiff") and Defendant SABIC Innovative Plastics Salary Continuance Plan ("Defendant"), by
3  and through their respective counsel of record, with respect to the following:
4  WHEREAS, on October 26, 2012 a case management Conference was held where in the
5  defendant was ordered to provide the plaintiff with the administrative record and a list of witnesses
6  and Plaintiff was ordered to provide defendant with any documentary evidence and a list of
7  witnesses;
8  WHEREAS, on October 26, 2012 the court also ordered a Further Case Management
9  Conference for January 18, 2013 at 10:30 prior to which the parties should meet and confer on a
10 discovery plan;
11 WHEREAS, the parties have exchanged lists of witnesses and documentary evidence, but
12 due to a delay with the electronic transmission of Defendant's document production to Plaintiff,
13 plaintiff has not been able to review such production until this week;
14 WHEREAS, Plaintiff requires additional time to review Defendant's document production
15 prior to stipulating to a discovery plan with Defendant;
16 THEREFORE THE PARTIES STIPULATE that the January 18, 2013 Further Case
17 Management should be continued to February : , 2013 at 10:30 a.m.
18 IT IS SO STIPULATED

DATED: January 16, 2013                     OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.


                                            By:      /s/ Christopher M. Ahearn
                                                Eric P. Mathisen
                                                Christopher M. Ahearn

                                            Attorneys for Defendant
                                            SABIC INNOVATIVE PLASTICS SALARY
                                            CONTINUANCE PLAN

1

DATED: January 16, 2013

WOLFORD LAW FIRM

By: _____
Jason Wolford

Attorneys for Plaintiff
LAURIE COUTO

1 **[] ORDER**

2    Having considered the submission of the parties and, good cause showing, the stipulation to

3 Continue Case Management Conference is hereby GRANTED.  The January 18, 2013 at 10:30

4 case management conference is continued to February : . 2013 at 10:30 am.

6 IT IS SO ORDERED.

```
                                              Ronald M. Whyte
                                              United States District Judge
```

1 **SIGNATURE ATTESTATION**

2  Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

3 document has been obtained from the other signatories.

4

5                                           /s/ Christopher M. Ahearn
                                            Christopher M. Ahearn
6

7

8 14167094.5 (OGLETREE)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14167094_5.DOC                              4                              Case No. CV12-00633
STIPULATION AND [] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE