1  Eric P. Mathisen, IN State Bar No. 19475-71 (Pro Hac Vice)
   eric.mathisen@ogletreedeakins.com
2  Christopher M. Ahearn, Cal. Bar No. 239089
   chris.ahearn@ogletreedeakins.com,
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:     415.442.4810
   Facsimile:      415.442.4870
6
7  Attorneys for Defendants
   SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE
   PLAN and SABIC INNOVATIVE PLASTICS, INC.
8
   Jason Wolford, State Bar No. 194177
9  Jason@wolfordlegal.com
   WOLFORD LAW FIRM
10 101 Tunstead Avenue
   San Anselmo, CA 94960
11 T: 415-429-5529
   F: 748524-4853
12
   Attorney for Plaintiff
13 LAURIE COUTO
14
15                    UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA
17                         (SAN JOSE DIVISION)
18 LAURIE COUTO,                        Case No. CV12-00633
19            Plaintiff,                **STIPULATION AND [PROPOSED] ORDER
                                        TO EXTEND TIME TO RESPOND TO
20       v.                             FIRST AMENDED COMPLAINT**

21 SABIC INNOVATIVE PLASTICS SALARY
   CONTINUANCE PLAN, SABIC            Complaint Filed: February 9, 2012
22 INNOVATIVE PLASTICS, INC., and DOES  Trial Date:      None Set
   ONE through TEN, inclusive          Judge:          Hon. Ronald M. Whyte
23
              Defendants.
24
25
26
27
28

Pursuant to Local Rule 6-2, this stipulation is made by and between plaintiff Laurie Couto ("Plaintiff") and Defendants SABIC Innovative Plastics Salary Continuance Plan ("the Plan") and SABIC Innovative Plastics, Inc. ("SABIC") (collectively, "Defendants") (collectively, including Plaintiff, "the Parties"), by and through their respective counsel of record, with respect to the following:

WHEREAS, on May 8, 2013, Plaintiff filed her First Amended Complaint (the "FAC") against Defendants;

WHEREAS, pursuant to Rules 15(a)(3) and 6(d) of the Federal Rules of Civil Procedure, Defendants' response to the FAC is due March 25, 2013;

WHEREAS, due to the temporary absence of SABIC personnel whose work is essential to Defendants' response to the FAC, Defendants have requested an extension of the time for their response to the FAC, to April 5, 2013;

WHEREAS, Plaintiff has agreed to Defendants' request for such an extension;

WHEREAS, at the most recent Case Management Conference, the Court ordered that the First Amended Complaint should be filed and responded to prior to the currently-scheduled April 12, 2013 Case Management Conference;

WHEREAS, the Parties' stipulated due date (April 5, 2013) will be the same as the due date for the Parties' Case Management Statement for the April 12, 2013 Case Management Conference;

WHERAS, pursuant to Local Rule 6-2(a)(2), the previous time modifications in this case were:  (1) Continuance of case management conference from August 24, 2012 to October 19, 2012 (see Document 12, filed August 14, 2012); and (2) Continuance of case management conference from January 18, 2013 to February 8, 2013 (see Document 19, filed January 17, 2013).

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT

1    THEREFORE THE PARTIES STIPULATE that Defendants' time to respond to the FAC

2   should be extended to April 5, 2013.

3   IT IS SO STIPULATED.

4

5   DATED:  March 20, 2013                OGLETREE, DEAKINS, NASH, SMOAK &
                                          STEWART, P.C.
6

7

8                                         By: _____/s/ *Christopher M. Ahearn*_____
                                               Eric P. Mathisen
9                                              Christopher M. Ahearn

10                                        Attorneys for Defendant
                                          SABIC INNOVATIVE PLASTICS SALARY
11                                        CONTINUANCE PLAN

12

13

14  DATED:  March 20, 2013                WOLFORD LAW FIRM

15

16                                        By: _____/s/ *Jason Wolford*_____
                                               Jason Wolford
17
                                          Attorneys for Plaintiff
18                                        LAURIE COUTO

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2

Having considered the submission of the parties and, good cause showing, the stipulation to

3

extend time for Defendants to respond to the First Amended Complaint is GRANTED.  Defendants

4

shall have until April 5, 2013 to respond to the First Amended Complaint.

5

6

IT IS SO ORDERED.

7

Öæ^`¼ÁBGFH



Ronald M. Whyte
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND **[~~PROPOSED~~]** ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST
AMENDED COMPLAINT