1  Christopher M. Ahearn, State Bar No. 239089
   chris.ahearn@ogletreedeakins.com,
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza
   San Francisco, CA  94105
4  Telephone:    415.442.4810
   Facsimile:    415.442.4870
5
   Attorney for Defendant
6  SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE
   PLAN
7
   JASON N. WOLFORD, ESQ. - State Bar No. 194177
8  jason@wolfordlegal.com
   WOLFORD LAW FIRM
9  101 Tunstead Ave.
   San Anselmo, CA 94960
10 Telephone (415) 265-2897
   Facsimile (415) 578-2413
11
   Attorney for Plaintiff
12 LAURIE COUTO

13
14              **UNITED STATES DISTRICT COURT**
15              **NORTHERN DISTRICT OF CALIFORNIA**

16 
   LAURIE COUTO,                              Case No. CV12-00633
17
           Plaintiff,                         **JOINT** ~~**PROPOSED**~~ **DISCOVERY PLAN**
18                                            **AND PROPOSED ORDER**
       v.
19
   SABIC INNOVATIVE PLASTICS SALARY            Complaint Filed:  February 9, 2012
20 CONTINUANCE PLAN,                           Trial Date:       None Set
                                               Judge:            Hon. Ronald M. Whyte
21         Defendant.

22
23
24
25
26
27
28

14338422_1.DOC                                                              Case No. CV12-00633

1   Plaintiff and Defendant disagree over the scope of discovery in this ERISA case.  Plaintiff
2   proposes conducting limited discovery confined to discovering evidence that will prove the
3   insurance company's bias, conflict of interest, failure to follow procedures, or failure to provide a
4   full and fair review of the claim.
5   This Discovery will include the following:
6   1.   20 Interrogatories;
7   2.   20 Requests for Admissions;
8   3.   20 Document requests.
9   Plaintiff is to serve these discovery requests within 30 days of the Court's approval of this
10  discovery plan.  Plaintiff also proposes that if after the Defendant's responses are received, Plaintiff
11  deems depositions or other follow-up discovery necessary, the Parties shall meet and confer
12  regarding this issue and if the dispute cannot be resolved Plaintiff shall file a motion to compel said
13  deposition(s) or other follow-up discovery.
14  Defendant contends the discovery should be limited to production of the administrative
15  record and Plan Documents which have already been provided to Plaintiff's counsel.  To the extent
16  the Court allows additional discovery narrowly tailored to the alleged conflict of interest,
17  Defendant does not object to the schedule proposed by Plaintiff and it will respond or object to the
18  actual discovery once it has an opportunity to review same.  Even if narrowly tailored paper
19  discovery is allowed, Defendant contends that depositions would be inappropriate in the claim for
20  ERISA benefits.
21  Additionally, Plaintiff has filed both DFEH and EEOC complaints regarding her wrongful
22  termination from SABIC Innovative Plastics ("SABIC").  Plaintiff has now received "right to sue"
23  letters form both agencies.  Plaintiff will either file a separate court action for employment related
24  claims against SABIC or will amend her Complaint in this matter to assert said claims.  Should
25  Plaintiff file a separate state court claim, Defendant will seek to remove Plaintiff's employment
26  related case on diversity grounds and will seek to consolidate that matter with this case.  If Plaintiff
27  chooses to amend her Complaint in this action to include the employment related claims against
28  SABIC, she will do so within 30 days of the Court's approval of this discovery plan.  If said

1  amended Complaint is filed, both Plaintiff and Defendant will meet and confer regarding a separate
2  discovery plan for the employment related claims.

3
4  DATED: February 7, 2013         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5
6
7                                  By: ____/s/ Christopher M. Ahearn____
                                       Christopher M. Ahearn
8                                  Attorney for Defendant
                                   SABIC INNOVATIVE PLASTICS SALARY
9                                  CONTINUANCE PLAN

10 DATED: February 7, 2013         WOLFORD LAW FIRM.
11
12                                 By: ____/s/ Jason N. Wolford____
                                       Jason N. Wolford
13
14                                 Attorneys for Plaintiff
                                   LAURIE COUTO

15                              **PROPOSED ORDER**
16      It is so ordered.
17
18 Dated: Octej ''43 2013          _Ronald M. Whyte_
19                                 _____
                                       Hon. Ronald M. Whyte
20