1  Eric P. Mathisen, IN State Bar No. 19475-71 (Pro Hac Vice)
   eric.mathisen@ogletreedeakins.com
2  Christopher M. Ahearn, Cal. Bar No. 239089
   chris.ahearn@ogletreedeakins.com,
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
7  Attorneys for Defendants
   SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE
   PLAN and SABIC INNOVATIVE PLASTICS US LLC
8  (ERRONEOUSLY SUED AS "SABIC INNOVATIVE PLASTICS,
   INC.")
9
   Jason Wolford, State Bar No. 194177
10 Jason@wolfordlegal.com
   WOLFORD LAW FIRM
11 101 Tunstead Avenue
   San Anselmo, CA 94960
12 T: 415-429-5529
   F: 748524-4853
13
   Attorney for Plaintiff
14 LAURIE COUTO

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                             **(SAN JOSE DIVISION)**
18

19 | LAURIE COUTO, | Case No. CV12-00633-RMW |
| --- | --- |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE PLAN, SABIC INNOVATIVE PLASTICS, INC., and DOES ONE through TEN, inclusive | Complaint Filed: February 9, 2012<br>Trial Date:      None Set |
| Defendants. | |

26
27
28

Case No. CV12-00633
STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between plaintiff LAURIE COUTO and Defendants SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE PLAN and SABIC INNOVATIVE PLASTICS US LLC (erroneously sued as "SABIC INNOVATIVE PLASTICS, INC.") (hereinafter collectively the "Parties") that the above-captioned action, including all claims, be hereby dismissed with prejudice, as to all Defendants.

Each party will bear her/its own costs and attorneys' fees.

DATED:  August 29, 2013                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:      /s/ Christopher M. Ahearn
    Eric P. Mathisen
    Christopher M. Ahearn

Attorneys for Defendants
SABIC INNOVATIVE PLASTICS SALARY CONTINUANCE PLAN and SABIC INNOVATIVE PLASTICS US LLC
(Erroneously sued as "SABIC Innovative Plastics, Inc.")

DATED:  August 29, 2013                          WOLFORD LAW FIRM


By:      /s/ Jason Wolford
    Jason Wolford

Attorneys for Plaintiff
LAURIE COUTO

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Jason Wolford.

Dated:  August 29, 2013                    /s/Christopher M. Ahearn

**ORDER**

IT IS SO ORDERED.

Dated:  _____                    *Ronald M. Whyte*

                                                      Judge of the United States District Court
                                                          Hon. Ronald M. Whyte

15797482.2